**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Manuel ARENAS–ARANDA, a.k.a.
Jose M. Arenas, Defendant–
Appellant.**

**No. 12–10013.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Sept. 24, 2012.

George Ferko, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Appeal from the United States District Court for the District of Arizona, James K. Singleton, District Judge, Presiding.** D.C. No. 4:10–cr–03072–CKJ.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Jose Manuel Arenas–Aranda appeals from the 48–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Arenas–Aranda contends that his sentence is substantively unreasonable in light

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

of several mitigating factors and because he was sentenced to only six months for a prior misdemeanor immigration conviction. In light of the totality of the circumstances, including Arenas–Aranda's eight previous deportations, the sentence 15 months below the Guidelines range is substantively reasonable. *See* 18 U.S.C. § 3553(a); *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.